Bryan T. Allen (7127)
Timothy B. Smith (8271)
LaShel Shaw (13862)
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Tel:  (801) 532-7840
Fax:  (801) 532-7750

*Attorneys for Excend, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EXCEND, INC., a Utah Corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br>    v.<br><br>INTEGRA ARRENDA S.A. DE C.V. SOFOM E.N.R., a Mexican Corporation,<br><br>    Defendant/Counterclaimant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge Ted Stewart<br><br>Case No. 2:13-cv-00392 |

Upon consideration of the Joint Motion and Stipulation for Dismissal with Prejudice (the "Motion"), having determined that good cause is shown and being fully advised in the premises, and pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, the Court hereby Orders, Adjudges, and Decrees as follows:

1.     The Motion shall be, and the same hereby is, Granted; and

2.     All claims and counterclaims that were asserted by or among Excend, Inc. and Integra Arrenda S.A. de C.V. Sofom E.N.R. against each other are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 2nd day of April, 2014.

                                              BY THE COURT:

                                              _____
                                              Honorable Ted Stewart
                                              District Court Judge

## CERTIFICATE OF SERVICE

I certify that on April 1, 2014, a true and correct copy of the (proposed) **ORDER OF DISMISSAL WITH PREJUDICE** was served via the Court's CM/ECF electronic case filing system.

>J. Ryan Mitchell rmitchell@mbmlawsyers.com
>Andrew V. Collins acollins@mbmlawyers.com
>Russell A. Nevers rnevers@mbmlawyers.com
>MITCHELL BARLOW & MANSFIELD, P.C.
>9 Exchange ace, Suite 600
>Salt Lake City, UT  84111

>/s/ Timothy B. Smith